UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXCEL TEST PREP.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SCOTTSDALE INSURANCE COMPANY,<br><br>　　　　　Defendant. | Case No. 25-cv-00037-JST<br><br>**ORDER DISMISSING CASE**<br><br>Re: ECF No. 32 |

On August 25, 2025, the Court granted Defendant's motion to dismiss with leave to amend and provided 28 days for Plaintiff to file an amended complaint. ECF No. 32 at 6. The Court advised that "[i]f no amended complaint is filed, the Court will dismiss the case with prejudice." *Id*. To date, no amended complaint has been filed. Accordingly, this case is dismissed without leave to amend. The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: October 29, 2025



　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　United States District Judge